| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lewis, Mary G. | 2. Court or Organization<br><br>United States District Court, South Carolina | 3. Date of Report<br><br>04/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>201 Magnolia Street<br>Spartanburg, South Carolina 29306 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Member | Quincunx, LLC |
| 3. Trustee | Trust #2 |
| 4. Member | ▬▬▬▬▬▬ |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Agreement with L&B Holding, LLC. See VIII on the 2012 Financial Disclosure Report for terms |
| 2. 2013 | Participant in the ▬▬▬▬▬▬ 401(K) Plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▩▩▩▩▩ - Income derived from practice of law |
| 2. | 2015 | ▩▩▩▩ - Income derived from practice of law |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill lynch (Wealth Management) | Line of Credit | N |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4.  ▉▉▉▉ partnership interest | A | Distribution | M | W | | | | | |
| 5. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 7. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 8. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 11. Investment Rental Property, Columbia, SC | D | Rent | M | W | | | | | |
| 12. Trust #1 (H) | | | | | | | | | |
| 13. - Cocoa Cola Corn | C | Dividend | M | T | | | | | |
| 14. - Fairpoint Communications Inc (Y) | | | | | | | | | |
| 15. - INTL Business Machines Corp IBM | C | Dividend | L | T | | | | | |
| 16. - SPDR INDEX SHS FDS | C | Dividend | | | Sold | 07/24/15 | L | C | |
| 17. - VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | B | Dividend | K | T | Buy (add'l) | 07/22/15 | J | | |
| 19. - FIRST EAGLE GLOBAL CLASS I | B | Dividend | M | T | Buy (add'l) | 12/22/15 | K | | |
| 20. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | B | Dividend | M | T | | | | | |
| 21. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | B | Dividend | | | Sold | 12/22/15 | L | | |
| 22. - JP MORGAN STRATEGIC INCOME OPP FUND | A | Dividend | | | Sold | 07/22/15 | K | | |
| 23. | | | | | Sold (part) | 02/13/15 | K | | |
| 24. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | D | Dividend | M | T | | | | | |
| 25. - MAINSTAY MARKETFIELD FUND CL I | F | Dividend | | | Sold | 07/21/15 | K | C | |
| 26. | | | | | Sold (part) | 02/12/15 | K | C | |
| 27. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | D | Dividend | M | T | Buy (add'l) | 12/22/15 | K | | |
| 28. - THORNBURG INVSMT INCOME BUILDER FUND CL I | C | Dividend | M | T | Buy (add'l) | 12/22/15 | K | | |
| 29. - UAM FPA CRESCENT PORT | D | Dividend | M | T | Buy (add'l) | 12/22/15 | K | | |
| 30. - PHILADELPHIA PA SCH DIST LT A RF SCH GTD | A | Dividend | | | Redeemed | 08/03/15 | K | | |
| 31. - ALPHARETTA GA DEV AUTH REV GA ST UNIV FNDTN RF MAY09 05.000%NOV01 16 | A | Dividend | K | T | | | | | |
| 32. - GRAND STRAND WSA SC WWKS-SS RV C RF TAXABLE NOV11 02.862%JUN01 18 | A | Interest | K | T | | | | | |
| 33. - STEPUP RNG ACRU ISS BAC MAX CPN 8.35% DUE 1/18/2023 CALL | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - ML BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | |
| 35. - ANGELOAK MULT STRT INC I | C | Dividend | L | T | Buy (add'l) | 08/07/15 | K | | |
| 36. - BLACKROCK STRATEGIC INCOME OPPRTNTS PTF INST | B | Dividend | L | T | Buy (add'l) | 12/22/15 | K | | |
| 37. - WELLS FARGO ADV ABSOLUTE RETURN FD | A | Dividend | K | T | Buy (add'l) | 07/22/15 | J | | |
| 38. - GEB LEV STEPUP ISS BAC | | None | J | T | | | | | |
| 39. -BLACKSTONE ALT MULTISTRATEGY FUND CLASS 1 | A | Dividend | K | T | Buy | 07/22/15 | K | | |
| 40. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | A | Dividend | L | T | Buy | 07/24/15 | L | | |
| 41. -HIGHLAND GLOBAL ATTCTN FD Y | C | Dividend | | | Sold | 12/22/15 | L | | |
| 42. | | | | | Buy (add'l) | 07/22/15 | L | | |
| 43. | | | | | Buy | 02/13/15 | L | | |
| 44. -PIMCO FDS INCOME FD CL | B | Dividend | L | T | Buy | 12/22/15 | L | | |
| 45. Trust #2 (H) | | | | | | | | | |
| 46. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 47. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL 1 | A | Dividend | J | T | | | | | |
| 48. - DOUBLELINE TOTAL RETURN BOND FUND CL 1 | A | Dividend | J | T | | | | | |
| 49. - FAIRHOLME FUND | A | Dividend | | | Sold | 02/11/15 | J | A | |
| 50. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL 1 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | J | T | | | | | |
| 52. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | A | Dividend | J | T | | | | | |
| 53. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 54. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Sold (part) | 02/11/15 | J | A | |
| 55. - MAINSTAY MARKETFIELD FUND CL I | A | Dividend | J | T | | | | | |
| 56. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 57. - DWS MANAGED MUNICIPAL BOND FUND CL S | A | Dividend | J | T | | | | | |
| 58. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |
| 59. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 60. - VANGUARD GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 02/13/15 | J | | |
| 61. - WELLS FARGO ABSOLUTE RETURN FD | A | Dividend | J | T | | | | | |
| 62. -ALPS ALERIAN MLP ETF | A | Dividend | | | Sold | 09/10/15 | J | | |
| 63. | | | | | Sold (part) | 02/10/15 | J | | |
| 64. -DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | | | | | |
| 65. -FIDELITY ADV LMTD TERM MUNI INCOME CL I | A | Dividend | | | Sold | 07/01/15 | J | | |
| 66. -UAM FPA CRESCENT PORT | A | Dividend | J | T | | | | | |
| 67. -SSGA ACTIVE GLOBAL ALLOCATION ETF | A | Dividend | | | Sold | 02/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -GOTHAM ABS RTN FD INSTL (X) | A | Dividend | J | T | | | | | |
| 69. -POPLAR FORREST PARTNERS FUND CL I | A | Dividend | J | T | | | | | |
| 70. -I SHARES RUSSELL TOP 200 VALUE (Y) | | | | | | | | | |
| 71. -NEUBERGER BERMAN EMERG MKTS EQUITY FD INST | A | Dividend | | | Sold | 02/11/15 | J | | |
| 72. -PIMCO INCOME FUND CL P | A | Dividend | J | T | | | | | |
| 73. - I SHARES MSCI EAFE SMALL CAP | A | Dividend | J | T | Buy (add'l) | 07/06/15 | J | | |
| 74. -TOCQUEVILLE GOLD FUND | A | Dividend | | | Sold | 11/02/15 | J | | |
| 75. -DEUTSCHE GLOBAL INFRASTRUCTURE FUND CL S | A | Dividend | | | Sold | 07/01/15 | J | A | |
| 76. | | | | | Sold (part) | 02/11/15 | J | | |
| 77. -VANGUARD VALUE ETF | A | Dividend | J | T | Buy (add'l) | 02/10/15 | J | | |
| 78. -WASATCH FRONTIER EMERG SML CNTRY FD INV CL | A | Dividend | | | Sold | 06/30/15 | J | | |
| 79. | | | | | Sold (part) | 02/11/15 | J | | |
| 80. -SECTOR SPDR INDUSTRIAL | | None | | | Sold | 02/13/15 | J | A | |
| 81. -AQR MGD FUTURES STRAT 1 | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 82. | | | | | Buy | 02/11/15 | J | | |
| 83. -BLCKSTONE ALT MULT STR 1 | A | Dividend | J | T | Buy | 07/01/15 | J | | |
| 84. -FID ADV MUNI INOCME 1 | A | Dividend | J | T | Buy | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -JP MORGAN GLOBAL ALLOCATION FD SELECT CL | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 86. -HENDERSON EUROPEAN FOCUS FUND CLASS 1 | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 87. -IVY ASSET STRATEGY FUND CL | A | Dividend | | | Sold | 07/01/15 | J | | |
| 88. | | | | | Buy | 02/11/15 | J | | |
| 89. -KINDER MORGAN INC | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 90. -AMEX TECHNLGY SELCT SPDR | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 91. Individual Retirement Account (H) | | | | | | | | | |
| 92. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 93. - UAM FPA CRESCENT PORT (Y) | | | | | | | | | |
| 94. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | J | T | | | | | |
| 95. - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | J | T | | | | | |
| 96. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 97. - MAINSTAY MARKETFIELD FUND CL I | A | Dividend | J | T | | | | | |
| 98. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 99. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |
| 100. - THORNBURG INVSMT INCOME BUILDER FUND CL I (Y) | | | | | | | | | |
| 101. - VANGUARD VALUE ETF | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - VANGUARD GROWTH ETF | A | Dividend | J | T | | | | | |
| 103. - WASATCH FRONTIER EMERG SMALL CNTRY FD INV CLASS (Y) | | | | | | | | | |
| 104. - WELLS FARGO ABSOLUTE RETURN FD | A | Dividend | J | T | | | | | |
| 105. -ALPS ALERIAN MLP ETF (Y) | | | | | | | | | |
| 106. -FIDELITY ADV BIOTECH (Y) | | | | | | | | | |
| 107. -NB EMERG MKTS EQTY FD I (X) | A | Dividend | | | Sold | 02/12/15 | J | | |
| 108. -OAKMARK INTL SML CAP FD | A | Dividend | J | T | | | | | |
| 109. -DEUTSCHE GLB INFRSTRCT (Y) | | | | | | | | | |
| 110. -BLKRK CLB LNG SHRT (X) | A | Dividend | J | T | | | | | |
| 111. -DOUBLELINE TOT RTRN BD (X) | A | Dividend | J | T | | | | | |
| 112. -GOTHAM ABSOLUTE RETURN FUND INSTL CLASS (X) | A | Dividend | J | T | | | | | |
| 113. -GOLDMAN SACHS STG INC FD C (X) | A | Dividend | J | T | | | | | |
| 114. -HENDERSON EUROPEAN FOCUS FUND CLASS 1 (X) | A | Dividend | J | T | | | | | |
| 115. -MATTHEWS ASIA DIVIDEND FUND (X) | A | Dividend | J | T | | | | | |
| 116. -PIMCO FDS INCOME (X) | A | Dividend | J | T | | | | | |
| 117. -AMEX TECHNOLOGY SELCT SPDR (X) | A | Dividend | J | T | | | | | |
| 118. -AQR MGD FUTURES STRAT 1 (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -BLKSTONE ALT MLT STR 1 | A | Dividend | J | T | Buy | 07/01/15 | J | | |
| 120. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 121. Individual Retirement Account (H) | | | | | | | | | |
| 122. - ACE LIMITED | A | Dividend | J | T | Buy (add'l) | 02/24/15 | J | | |
| 123. - AUTOMATIC DATA PROC | A | Dividend | J | T | | | | | |
| 124. - AMERICAN WTR WKS CO INC NEW | A | Dividend | J | T | | | | | |
| 125. - AMER EXPRESS COMPANY | A | Dividend | | | Sold | 02/24/15 | J | A | |
| 126. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 127. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 128. - CITIGROUP INC COM NEW | A | Dividend | J | T | | | | | |
| 129. - CARDINAL HEALTH INC OHIO | A | Dividend | J | T | | | | | |
| 130. - CATERPILLAR INC DEL | A | Dividend | | | Sold | 08/06/15 | J | | |
| 131. - COMCAST CORP NEW CL A | A | Dividend | J | T | | | | | |
| 132. - CUMMINS INC COM | A | Dividend | | | Sold | 12/09/15 | J | | |
| 133. - COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | | | | | |
| 134. - CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 135. - DOMINION RES INC NEW VA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | K | T | Buy (add'l) | 02/17/15 | J | | |
| 137. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | | | | | |
| 138. - DRIEHAUS EMERGING MKTS SM CAP GROWTH FD CL NONE | | None | | | Sold | 02/12/15 | J | | |
| 139. - FAIRHOLME FUND | | None | | | Sold | 02/12/15 | J | | |
| 140. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | J | T | Sold (part) | 02/12/15 | J | A | |
| 141. | | | | | Sold (part) | 01/06/15 | J | A | |
| 142. - FEDEXCORP DELAWARE COM | A | Dividend | J | T | | | | | |
| 143. - UAM FPA CRESCENT PORT | A | Dividend | J | T | | | | | |
| 144. - GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 145. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | K | T | Sold (part) | 02/12/15 | J | A | |
| 146. | | | | | Sold (part) | 01/06/15 | J | A | |
| 147. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 148. - HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 149. - HESS CORP | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 150. - HONEYWELL INTL INC DEL | A | Dividend | J | T | | | | | |
| 151. - HEWLETT PACKARD CO DEL | A | Dividend | | | Sold | 12/09/15 | J | A | |
| 152. | | | | | Buy (add'l) | 01/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  - FIA CARD SVS NA RASP | A | Interest | K | T | | | | | |
| 154.  - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | K | T | | | | | |
| 155.  - IVY ASSET STRATEGY FUND CL I | | None | | | Sold | 07/01/15 | J | | |
| 156. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 157.  - JANUS SHORT TERM BOND FUND CL I | A | Dividend | | | Sold | 02/12/15 | J | | |
| 158.  - JP MORGAN STRATEGIC INCOME OPP FUND | A | Dividend | | | Sold | 07/01/15 | J | | |
| 159. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 160.  - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | K | T | Sold (part) | 02/12/15 | J | | |
| 161. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 162.  - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | J | T | | | | | |
| 163.  - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 164.  - MAINSTAY MARKETFIELD FUND CL I | | None | | | Sold | 07/01/15 | J | | |
| 165. | | | | | Sold (part) | 02/12/15 | J | | |
| 166.  - MONSANTO CO NEW DEL COM | A | Dividend | | | Sold | 09/15/15 | J | | |
| 167.  - NEUBERGER BERMAN EMERG MARKETS EQUITY FUND INST | | None | | | Sold | 02/12/15 | K | | |
| 168. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 169.  - NIKE INC CL B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. - ORACLE CORP $0.01 DEL | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 171. - PIMCO INCOME FUND CL P | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 172. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | B | Dividend | J | T | | | | | |
| 173. - FIRST EAGLE GLOBAL CLASS 1 | A | Dividend | J | T | | | | | |
| 174. - SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 175. - TOCQUEVILLE GOLD FUND | | None | | | Sold | 11/02/15 | J | | |
| 176. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 177. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 178. - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 179. - UNITED TECHS CORP COM | A | Dividend | | | Sold | 08/06/15 | J | | |
| 180. - VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 181. - VALERO ENERGY CORP NEW | A | Dividend | | | Sold | 03/18/15 | J | A | |
| 182. - VANGUARD VALUE ETF | A | Dividend | K | T | Buy (add'l) | 11/13/15 | J | | |
| 183. | | | | | Buy (add'l) | 02/17/15 | K | | |
| 184. - VANGUARD GROWTH ETF | A | None | K | T | Buy (add'l) | 07/06/15 | J | | |
| 185. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 186. - VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. - WASATCH FRONTIER EMERG SMALL CNTRY FD INV CLASS | A | None | | | Sold | 07/01/15 | J | | |
| 188. | | | | | Sold (part) | 02/12/15 | J | | |
| 189. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 190. - WELLS FARGO ABSOLUTE RETURN FD | A | Dividend | J | T | Sold (part) | 07/01/15 | J | | |
| 191. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 192. - WELLS FARGO & CO NEW DEL | A | Dividend | | | Sold | 09/10/15 | J | | |
| 193. -ALPS ALERIAN MLP ETF | A | Dividend | J | T | Sold (part) | 02/17/15 | J | | |
| 194. | | | | | | | | | |
| 195. -AMERICAN TOWER REIT INC | A | Dividend | J | T | | | | | |
| 196. -BLKRK STRINC OP PTF INST | A | Dividend | | | Sold | 02/12/15 | J | | |
| 197. -DISNEY (WALT) CO | A | Dividend | J | T | | | | | |
| 198. -HIGHLAND GLBL ALLCTN FD Y | A | Dividend | | | Sold | 12/21/15 | J | | |
| 199. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 200. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 201. -HENDERSON EUROPEAN FOCUS FUND | | None | J | T | Buy (add'l) | 07/01/15 | J | | |
| 202. -FIRST TRUST HY ETF | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 203. -JANUS CONTRARIAN FUND | A | None | | | Sold | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 205. -MONDELEZ INTL INC | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 206. -THE OAKMARK INTL SML CAP FD | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 207. | | | | | Sold (part) | 02/12/15 | J | | |
| 208. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 209. -MARKET VECTORS OIL SERVICE ETF | A | Dividend | J | T | Sold (part) | 02/17/15 | J | | |
| 210. -ST JUDE MEDICAL INC | A | Dividend | | | Sold | 02/17/15 | J | | |
| 211. -THIRD AVENUE FOCUSED CREDIT FD | | None | | | Sold | 02/12/15 | J | | |
| 212. -DEUTSCHE GLOBAL INFRASTRUCTURE FD | A | Dividend | | | Sold | 01/06/15 | J | | |
| 213. -SECTOR SPDR INDUSTRIAL ETF | | None | | | Sold | 02/17/15 | J | | |
| 214. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | Buy (add'l) | 07/06/15 | J | | |
| 215. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 216. -AQR MGD FUTURES STRAT 1 | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 217. | | | | | Buy | 02/12/15 | J | | |
| 218. -BLACKROCK INC | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 219. -BLACKSTONE ALT MULTI STRATEGY FUND CLASS 1 | A | Dividend | J | T | Buy | 07/01/15 | J | | |
| 220. -CITIZENS FINAL GROUP INC | | None | J | T | Buy | 12/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. -DANAHER CORP | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 222. -DEVON ENERGY CORP | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 223. -ECOLAB INC | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 224. -JP MORGAN GLOBAL ALLOCATION FD | | None | J | T | Buy | 12/21/15 | J | | |
| 225. -HEWLETT PACKARD ENTERPRISE CO | | None | | | Sold | 11/10/15 | J | | |
| 226. | | | | | Spinoff (from line 151) | 11/05/15 | J | | |
| 227. -KINDER MORGAN INC | A | Dividend | J | T | Buy (add'l) | 12/07/15 | J | | |
| 228. | | | | | Buy | 09/10/15 | J | | |
| 229. -LOCKHEED MARTIN COPR | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 230. -MEDTRONIC PLC | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 231. TRUST #1 (H) | | | | | | | | | |
| 232. - ML BANK DEPOSIT PROGRAM | A | Dividend | J | T | | | | | |
| 233. - ACE LIMITED | A | Dividend | K | T | Buy (add'l) | 02/24/15 | J | | |
| 234. - AUTOMATIC DATA PROC | A | Dividend | K | T | | | | | |
| 235. - AMERICAN WTR WKS CO INC NEW | A | Dividend | K | T | Sold (part) | 11/05/15 | J | A | |
| 236. - AMER EXPRESS COMPANY | A | Dividend | | | Sold | 02/24/15 | K | A | |
| 237. - CITIGROUP INC COM NEW | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  - CARDINAL HEALTH INC OHIO | A | Dividend | K | T | Sold (part) | 04/20/15 | K | A | |
| 239.  - CATERPILLAR INC DEL | A | Dividend | | | Sold | 08/06/15 | K | | |
| 240. | | | | | Buy (add'l) | 07/25/15 | J | | |
| 241.  - COMCAST CORP NEW CL A | A | Dividend | K | T | | | | | |
| 242.  - COSTCO WHOLESALE CRP DEL | B | Dividend | K | T | | | | | |
| 243.  - CVS CAREMARK CORP | A | Dividend | K | T | Sold (part) | 11/05/15 | J | A | |
| 244.  - DOMINION RES INC NEW VA | A | Dividend | J | T | | | | | |
| 245.  - FEDEX CORP DELAWARE COM | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 246.  - HOME DEPOT INC | A | Dividend | J | T | Sold (part) | 11/05/15 | J | B | |
| 247.  - HESS CORP | A | Dividend | J | T | Sold (part) | 11/05/15 | J | | |
| 248. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 249.  - HONEYWELL INTL INC DEL | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 250.  - MONSANTO CO NEW DEL COM | A | Dividend | | | Sold | 09/15/15 | J | | |
| 251. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 252.  - NIKE INC CL B | A | Dividend | J | T | Sold (part) | 07/24/15 | J | A | |
| 253.  - ORACLE CORP $0.01 DEL | A | Dividend | K | T | | | | | |
| 254.  - SCHLUMBERGER LTD | A | Dividend | J | T | Buy (add'l) | 11/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 256. - UNITED TECHS CORP COM | A | Dividend | | | Sold | 08/06/15 | J | D | |
| 257. - VISA INC CL A SHRS | A | Dividend | J | T | Sold (part) | 07/24/15 | J | | |
| 258. - VALERO ENERGY CORP NEW | A | Dividend | | | Sold | 03/18/15 | K | | |
| 259. -WELLS FARGO & CO NEW DEL | A | Dividend | K | T | | | | | |
| 260. -AMERICAN TOWER REIT INC | A | Dividend | K | T | | | | | |
| 261. -CUMMINS INC | A | Dividend | | | Sold | 12/07/15 | J | | |
| 262. | | | | | Sold (part) | 12/04/15 | J | | |
| 263. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 264. -DISNEY (WALT) CO | A | Dividend | J | T | Sold (part) | 07/24/15 | J | B | |
| 265. -HEWLETT PACKARD CO | A | Dividend | | | Sold | 12/08/15 | J | | |
| 266. | | | | | Sold (part) | 11/16/15 | J | | |
| 267. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 268. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 269. -MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 270. -ST JUDE MEDICAL INC | A | Dividend | | | Sold | 02/02/15 | K | | |
| 271. -VERIZON COMMUNICATIONS COM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -BLACKROACK INC | A | Dividend | K | T | Buy (add'l) | 11/05/15 | J | | |
| 273. | | | | | Buy | 02/24/15 | J | | |
| 274. -CITIZENS FINL GROUP INC SHS | | None | K | T | Buy (add'l) | 12/08/15 | J | | |
| 275. | | | | | Buy | 12/07/15 | J | | |
| 276. -DANAHER COPR DEL COM | A | Dividend | K | T | Buy | 08/06/15 | K | | |
| 277. -DEVON ENERGY CORP | A | Dividend | J | T | Buy (add'l) | 11/05/15 | J | | |
| 278. | | | | | Buy | 03/18/15 | K | | |
| 279. -ECOLAB INC | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 280. -HEWLETT PACKARD ENTERPRISE CO | | None | | | Sold | 11/20/15 | J | | |
| 281. | | | | | Spinoff (from line 265) | 11/05/15 | J | | |
| 282. -LOCKHEED MARTIN CORP | A | Dividend | K | T | Buy | 08/06/15 | K | | |
| 283. -MEDTRONIC PLC | A | Dividend | K | T | Buy | 02/02/15 | K | | |
| 284. -MICROSOFT CORP | | None | K | T | Buy | 12/22/15 | K | | |
| 285. BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 286. - ML BANK DEPOSIT PROGRAM | A | Dividend | J | T | | | | | |
| 287. - ML BANK DEPOSIT PROGRAM | A | Dividend | J | T | | | | | |
| 288. - DAVIS NY VENTURE FD CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. - FIRST EAGLE GLOBAL CLASS C | A | Dividend | J | T | | | | | |
| 290. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD CL C | A | Dividend | K | T | | | | | |
| 291. - THORNBURG INCOME BUILDER FUND CLASS C | A | Dividend | J | T | | | | | |
| 292. - ML BANK DEPOSIT PROGRAM | A | Dividend | J | T | | | | | |
| 293. - BLACKROCK GLOBAL ALLOCATION FD INC C | C | Dividend | K | T | | | | | |
| 294. -ML BANK DEPOSIT PROGRAM (X) | A | Dividend | J | T | | | | | |
| 295. -CD CAPITAL ONE BANK (X) | A | Dividend | | | Redeemed | 07/02/15 | K | | |
| 296. -CD GOLDMAN SACHS BK (X) | A | Dividend | K | T | | | | | |
| 297. -ANGEL OAK MULTI STRATEGY INC FD | B | Dividend | K | T | Buy (add'l) | 12/22/15 | J | | |
| 298. -BLKRK GLBL LNG/SHRT CREDIT FD | B | Dividend | K | T | | | | | |
| 299. -FIDELITY ADVISOR BIOTECH FD | B | Dividend | K | T | | | | | |
| 300. -UAM FPA CRESCENT | B | Dividend | K | T | | | | | |
| 301. -GOTHAM ABSOLUTE RETURN FD (Y) | | | | | | | | | |
| 302. -GENERAL ELEC CAP CORP BOND (X) | B | Interest | K | T | | | | | |
| 303. -GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | L | T | | | | | |
| 304. -HENDERSON EUROPEAN FOCUS FD | | None | L | T | | | | | |
| 305. -HARDING LOEVNER EMERG MKT PT FD | | None | | | Sold | 10/14/15 | K | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)         U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. -POPLAR FOREST PARTNERS FD | A | Dividend | L | T | | | | | |
| 307. -LOOMIS SAYLES SR FLT RTE & FIXD INC FD | C | Dividend | K | T | | | | | |
| 308. -MATTHEWS ASIA DIVIDEND FUND | B | Dividend | K | T | | | | | |
| 309. -MAINSTAY MARKET FIELD FD | | None | | | Sold | 10/14/15 | K | | |
| 310. -MARKET VECTORS OIL SVCS ETF | A | Dividend | J | T | | | | | |
| 311. -PIMCO INCOME FD | B | Dividend | K | T | Buy (add'l) | 12/22/15 | J | | |
| 312. -FIRST EAGLE GLOBAL | A | Dividend | K | T | | | | | |
| 313. -THORNBURG INVSTMT INCOME BUILDER FD | A | Dividend | K | T | | | | | |
| 314. -TEMPELTON GLOBAL TOTAL RETURN FD | A | Dividend | | | Sold | 05/12/15 | K | | |
| 315. -VANGUARD VALUE ETF | B | Dividend | L | T | | | | | |
| 316. -VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |
| 317. -WALMART CORP BOND (X) | B | Interest | K | T | | | | | |
| 318. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | J | T | | | | | |
| 319. -BLKRK STRINC OP PTF INST | A | Dividend | K | T | Buy (add'l) | 12/22/15 | J | | |
| 320. | | | | | Buy | 05/12/15 | K | | |
| 321. -BLKSTONE ALT MLT STR 1 | A | Dividend | K | T | Buy | 10/14/15 | K | | |
| 322. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | A | Dividend | K | T | Buy | 10/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. -AQR STYLE PREMIA ALTERNATIVE FUND CL 1 | | None | K | T | Buy | 12/22/15 | K | | |
| 324. Investors Title common stock | A | Dividend | J | T | | | | | |
| 325. FutureScholar529ColgeSvgsPlnColumbiaConservativeCX-AggTrack (H) (Y) | | | | | | | | | |
| 326. Wells Fargo Bank Deposit Sweep (H) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 04/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary G. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544